**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 8 2021

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KIRK A. RANKIN                                                    PLAINTIFF

v.                                    NO. 3:20-cv-00261-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                   DEFENDANT

## ORDER

Before the Court is Plaintiff Kirk Rankin's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 17*. The Motion is unopposed. *Doc. 18*.

Plaintiff's attorney, Robert Young, requests a total award of **$5,522.23** (which sum includes 24.7 attorney hours incurred primarily in 2021 at an hourly rate of $220.22; and expenses of $82.80).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 17*) is GRANTED.

Plaintiff is awarded **$5,522.23** in fees and expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED, this 8ᵗʰ day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE